This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**JULIAN ARMENDARIZ,**

Worker-Appellee,

v.                                                                                        **NO. 32,888**

**BERNALILLO COUNTY DETENTION,**
**CENTER and NEW MEXICO COUNTY**
**INSURANCE AUTHORITY,**

Employer/Insurer-Appellants.

**APPEAL FROM THE WORKERS' COMPENSATION ADMINISTRATION**
**Terry S. Kramer, Workers' Compensation Judge**

Law Offices of Jeffrey C. Brown
Jeffrey C. Brown
Albuquerque, NM

for Appellee

Hoffman Kelley, LLP
Phyllis Savage Lynn
Keith D. Drennan
Albuquerque, NM

for Appellants

**MEMORANDUM OPINION**

**GARCIA, Judge.**

{1}     Employer/Insurer appeals from the compensation order entered by the workers' compensation judge (WCJ). On appeal, Employer/Insurer contends that the WCJ erred in concluding that Worker did not voluntarily remove himself from the workforce when Worker was terminated from the Bernalillo County Detention Center, and therefore also erred in concluding that Worker was entitled to temporary total disability benefits (TTD) and modifier benefits. This Court issued a calendar notice proposing to reverse, and Worker filed a memorandum in opposition. While this case was pending on the summary calendar, this Court issued its opinion in *Hawkins v. McDonald's,* ___-NMCA-___, ___ P.3d ___ (No. 32,635, Dec. 17, 2013), *cert. denied*, 2014-NMSC-002 (No. 34,511, Feb. 12, 2014). We therefore issued a second calendar notice, this time relying on *Hawkins*, and proposed to affirm. Employer/Insurer has filed a memorandum in opposition to this Court's second notice of proposed disposition. In its memorandum in opposition, Employer/Insurer concedes that "[i]f the interpretation of law put forth in *Hawkins* adequately balances the interests of the worker and the employer, Worker will be entitled to PPD and statute-based modifier benefits." [2dMIO 1] However, Employer/Insurer argues that *Hawkins* "strikes an unfair balance against Employer[.]" [2dMIO 1] To the extent

Employer/Insurer is asking this Court to reconsider *Hawkins*, we decline to do so. Given that *Hawkins* is the latest pronouncement from this Court on this issue, we apply the holding in *Hawkins* and affirm for the reasons stated in our second notice of proposed disposition.

{2}     **IT IS SO ORDERED.**

**TIMOTHY L. GARCIA, Judge**

**WE CONCUR:**

**JONATHAN B. SUTIN, Judge**

**M. MONICA ZAMORA, Judge**